UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 16  2 12 PM '03
DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY COMPANY, INC.<br>Plaintiff, | CIVIL ACTION NO.<br>3:03 CV 0698 (JBA) |
| V. | |
| HOUSING AUTHORITY FOR THE CITY OF DANBURY<br>Defendant. | OCTOBER 15, 2003 |

### APPEARANCE

Please enter the following Appearance for the Plaintiff, XL Specialty Insurance Company, in the above-entitled case, in addition to any and all Appearances currently on file for the Plaintiff:

**Peter E. Strniste, Jr., Federal Bar #ct20830**

THE PLAINTIFF,
XL SPECIALTY INSURANCE COMPANY

By _/s/ Peter E. Strniste_
Peter E. Strniste, Jr. (#ct20830)
HALLORAN & SAGE LLP
Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on October 15, 2003, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

Christopher J. Hug, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Peter E. Strniste, Jr.

418608.1(HSFP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105