UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Oct 16  2 11 PM '03

DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| XL SPECIALTY INSURANCE COMPANY COMPANY, INC.<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:03 CV 0698 (JBA) |
| V. | : | |
| HOUSING AUTHORITY FOR THE<br>CITY OF DANBURY<br>Defendant. | : | OCTOBER 15, 2003 |

### PLAINTIFF'S MOTION FOR DEFAULT FOR FAILURE TO PLEAD

The Plaintiff, XL Specialty Insurance Company, hereby moves that the Defendant, Housing Authority for the City of Danbury, be defaulted for failure to plead. In support hereof, the Plaintiff represents that this matter was instituted by Complaint dated April 16, 2003, which was served upon the Defendant on August 5, 2003. The Defendant's Answer to the Complaint was due on or before August 25, 2003. On August 26, 2003, the Defendant moved for an extension of time until September 24, 2003 to answer or otherwise respond to the Complaint, which was subsequently granted by the Court. However, as of the date of this Motion, the Defendant has failed to file an Answer. Accordingly, a default for failure to plead should be entered by the Court.

THE PLAINTIFF,
XL SPECIALTY INSURANCE COMPANY

By /s/ Peter E. Strniste
Peter E. Strniste, Jr. (#ct20830)
HALLORAN & SAGE LLP
Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on October 15, 2003, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

Christopher J. Hug, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Peter E. Strniste, Jr.

418608.1(HSFP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105