UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| XL SPECIALTY INSURANCE COMPANY, | : : : | |
| Plaintiff, | : | CIVIL NO. 303CV0698 (JBA) |
| V. | : : | |
| HOUSING AUTHORITY OF THE CITY OF DANBURY, | : : : | October 16, 2003 |
| Defendant. | : | |

## APPEARANCE

Please enter my appearance for the defendant **HOUSING AUTHORITY OF THE CITY OF DANBURY** in regard to the above-referenced matter.

                DEFENDANT
                **HOUSING AUTHORITY OF THE CITY OF DANBURY**

                By___/S/ Nathan C. Lampard
                   Nathan C. Lampard
                   Fed. Bar. No. 24977
                   Robinson & Cole LLP
                   280 Trumbull Street
                   Hartford, CT 06103-3597
                   Tel. No.: (860) 275-8200
                   Fax No.: (860) 275-8299
                   E-mail: nlampard@rc.com

        DEFENDANT
        **HOUSING AUTHORITY OF THE**
         **CITY OF DANBURY**

By_____
   Nathan C. Lampard
   Fed. Bar. No. 24977
   Robinson & Cole LLP
   280 Trumbull Street
   Hartford, CT 06103-3597
   Tel. No.: (860) 275-8200
   Fax No.: (860) 275-8299
   E-mail: nlampard@rc.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid, to Dennis C. Cavanaugh, Esq., of Halloran & Sage LLP, 225 Asylum St., Hartford, CT 06103-4303on this 16th day of October, 2003.

_____
Nathan C. Lampard