UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| XL SPECIALTY INSURANCE COMPANY, | : : : | |
| Plaintiff, | : | CIVIL NO. 303CV0698 (JBA) |
| V. | : : | |
| HOUSING AUTHORITY OF THE CITY OF DANBURY, | : : : | October 16, 2003 |
| Defendant. | : | |

## MOTION TO DISMISS

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant Housing Authority of the City of Danbury (the "Housing Authority") hereby moves to dismiss Plaintiff XL Specialty Insurance Company ("XL")'s Complaint for Declaratory Judgment dated April 16, 2003 (the "Complaint"). As set forth in the attached memorandum of law, the Housing Authority has withdrawn its claim under the performance bond issued by XL for the renovation of the High Ride Gardens public housing complex in Danbury, Connecticut (the "Project"). There is no justiciable case or controversy because the Housing Authority lacks sufficient funds to complete the Project

**ORAL ARGUMENT REQUESTED**

and therefore cannot satisfy a necessary condition to the suretyship obligations assumed by XL under the performance bond.  The absence of a justiciable case or controversy deprives this court of subject matter jurisdiction under 28 U.S.C. § 2201.  Accordingly, this court should dismiss the Complaint without prejudice.

        DEFENDANT
        **HOUSING AUTHORITY OF THE**
         **CITY OF DANBURY**

        By  /S/  Nathan C. Lampard
          Nathan C. Lampard
          Fed. Bar. No. 24977
          Robinson & Cole LLP
          280 Trumbull Street
          Hartford, CT 06103-3597
          Tel. No.: (860) 275-8200
          Fax No.: (860) 275-8299
          E-mail: nlampard@rc.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid, to Dennis C. Cavanaugh, Esq., of Halloran & Sage LLP, 225 Asylum Street, Hartford, CT 06103 on this 16th day of October, 2003.

_____
Nathan C. Lampard