UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, : | |
| : | |
| Plaintiff, : | CIVIL NO. 303CV0698 (JBA) |
| V. : | |
| : | |
| HOUSING AUTHORITY OF THE CITY : | |
| OF DANBURY, : | |
| : | October 16, 2003 |
| Defendant. : | |

I, **DAVID GHIO**, being duly sworn, do hereby depose and say as follows:

1. I am over the age of 18 years, and I understand the meaning and obligation of an oath.

2. I am the Director of Modernization of the defendant Housing Authority of the City of Danbury (the "Housing Authority"), and the matters set forth herein are based upon my personal knowledge.

3. On February 13, 2002, the Housing Authority contracted with VA Construction Company, LLC ("VA") for the renovation of the High Ridge Gardens public housing complex at 23 Scuppo Road, Danbury, Connecticut (the "Project"). The contract price was $4,998,000.

4. The Housing Authority paid VA the sum of $55,000 for the performance and payment bonds issued by XL Specialty Insurance Company ("XL") for the Project.

5. VA defaulted on the Project in September 2002.

6. In or around February 2003, the Housing Authority notified the underwriter of the municipal bond issue that provided the funding for the Project, Wachovia Bank, National Association ("Wachovia"), of an event of default under the bond indenture.

7. On or around May 14, 2003, Wachovia declared a default under the bond indenture and notified the Housing Authority that it would not release any additional construction funds for the Project. Since then, Housing Authority has failed to obtain replacement funding to tender the remaining contract balance to XL.

8. Prior to the declaration of default under the bond indenture, the Housing Authority needed to obtain approximately $1.5 million in additional construction funds to complete the Project in accordance with the terms of the contract.

9. The U.S. Department of Housing and Urban Development, which has traditionally provided the bulk of the Housing Authority's construction funding, has indicated to the Housing Authority that it does not have any plans to fund the completion of the Project.

_____
David Ghio

Subscribed and sworn to before
me this 16th day of October, 2003


~~Commissioner of the Superior Court~~
Notary Public
My Commission Expires:



2