Wachovia Bank, National Association
Corporate Trust Division
200 Berkeley Street, 17th Floor
Boston, MA 02116

Tel    617-210-3773
Fax   617-210-3775

**WACHOVIA**

OFFICIAL NOTICE

NOTICE OF ACCELERATION OF PAYMENT TO THE HOLDERS OF

**Housing Authority of the City of Danbury $11,000,000 Variable Rate Demand General Obligation Bonds, Series 2000**

*****CUSIP #235874AA2**

    **NOTICE IS HEREBY GIVEN**, Wachovia Bank, National Association (f/k/a First Union National Bank), as Trustee (the "Trustee") under the Indenture of Trust by and between Housing Authority of the City of Danbury, (the "Authority") and First Union National Bank, dated December 1, 2000 securing the Authority's Tax-Exempt Variable Rate Demand General Obligation Bonds, Series 2000 (the " Indenture"), has received notice from the Authority that there has occurred an Event of Default under the Indenture, relating to the Housing Authority of the City of Danbury Variable Rate Demand General Obligation Bonds, Series 2000 (the "Bonds"). By such notice, The Trustee is to accelerate the unpaid principal of and interest on the Bonds by declaring the current outstanding principal amount of all Bonds and interest accrued thereon immediately due and payable. Therefore, pursuant to Section 7.2 of the Indenture, the Trustee herby declares the principal of all the Bonds outstanding and the interest accrued thereon due and payable on May 16, 2003.

To receive payment on the Bonds, bondholders should present their Bonds for payment and surrender at the following address:

        Wachovia Bank, National Association
        Wachovia Customer Information Center
        Corporate Trust Operations/ Redemptions
          1525 West W.T. Harris Blvd., 3C3
            Charlotte, NC 28288-1153

                      By: Wachovia Bank, National Association
                           (f/k/a First Union National Bank)
                                       as Trustee

**Dated: May 14, 2003**

*No representation is made as to the correctness of the CUSIP number either as printed on the bonds or as contained herein and reliance may be placed only on the identification numbers.

"When presenting bonds for payment, bondholders should provide their tax identification number (via Form W-9) to avoid the withholding of 31% of the principal to be redeemed as required by Section 3406 (1) of the Internal Revenue code of 1986 as amended". Holders of the above described securities, who wish to avoid the applications of these provisions should submit certified taxpayer identification numbers on I.R.S Form W-9 when presenting their securities for redemption.