NATHAN C. LAMPARD

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
nlampard@rc.com
Direct (860) 275-8373

Also admitted in Hawaii

*Via Facsimile and U.S. Mail*

October 16, 2003

Dennis C. Cavanaugh, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

| Re: | Contractor | : | **VA Construction Company, LLC** |
|---|---|---|---|
| | Owner | : | **Housing Authority of the City of Danbury** |
| | Surety | : | **XL Specialty Insurance Company** |
| | Bond No. | : | **1047714** |
| | Project | : | **Renovation of High Ridge Gardens** |

Dear Attorney Cavanaugh:

As you are aware, the underwriter of the municipal bond issue for the above-referenced project has declared the Housing Authority of the City of Danbury (the "Authority") to be in default under the indenture of trust, and refuses to release any further construction funds for the project. The Authority has diligently pursued alternative sources of funding, but to no avail. Indeed, it appears highly unlikely that adequate funding will be obtained in the foreseeable future. As a result, the Authority cannot fulfill its obligation under Paragraph 3.3 of the above-referenced performance bond to "pay the balance of the Contract Price to the Surety in accordance with the terms of the Construction Contract ...."

Please be advised that the Authority hereby withdraws its performance bond claim against XL Specialty Insurance Company. The Authority reserves its right, however, to reinstitute the claim at a later date (subject to the applicable statute of limitation) if the Authority obtains sufficient funds to complete the project in accordance with the terms of its contract with VA Construction Company, LLC.

HART1-1134120-1

October 16, 2003
Page 2

Please contact me if you have any questions.

Sincerely,


Nathan C. Lampard


cc:     Tony Rizzo, Danbury Housing Authority
        Christopher Hug, Esq.
        Christopher T. Donohue, Esq.