UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

XL SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

v.

HOUSING AUTHORITY OF THE CITY
OF DANBURY,

    Defendant.

CIVIL NO. 303CV0698 (JBA)

October 16, 2003

## MOTION TO DISMISS

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant Housing Authority of the City of Danbury (the "Housing Authority") hereby moves to dismiss Plaintiff XL Specialty Insurance Company ("XL")'s Complaint for Declaratory Judgment dated April 16, 2003 (the "Complaint"). As set forth in the attached memorandum of law, the Housing Authority has withdrawn its claim under the performance bond issued by XL for the renovation of the High Ride Gardens public housing complex in Danbury, Connecticut (the "Project"). There is no justiciable case or controversy because the Housing Authority lacks sufficient funds to complete the Project

**ORAL ARGUMENT REQUESTED**

[Handwritten annotation in left margin:]
10/21/03: Motion DENIED, without prejudice to renew, for failure to comply with the Court's Order on Pre-Trial Deadlines, specifically ¶ (f) [pre-filing conference requirement].

IT IS SO ORDERED.
Dated at New Haven, Connecticut

/s/ Janet Bond Arterton, U.S.D.J.

[Stamp: OCT 23 3 55 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN]