UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 29  9 13 AM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

XL SPECIALTY INS. CO.           :

v.                              :    NO. 3:03cv698 (JBA)

CITY OF DANBURY HOUSING AUTHORITY :

### ENDORSEMENT ORDER [DOC. #10, #8, #6]

The Court's Order dated 10/23/03 denying Defendant's Motion to Dismiss for failure to comply with Pre-Trial Deadlines [doc. #10] is hereby VACATED and Defendant's Motion to Dismiss [doc. #8] is GRANTED, with consent. Plaintiff's Motion for Default for Failure to Plead [doc. #6] is DENIED as moot in light of the above.

The Clerk is directed to close this case.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   October 28, 2003

# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

DENNIS C. CAVANAUGH  Direct 860 297-4616  cavanaugh@halloran-sage.com
Also admitted in Massachusetts

October 22, 2003

Honorable Janet B. Arterton
United States District Judge
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

Re: **XL Specialty Insurance Co. v. City of Danbury Housing Authority**
**Docket No.: 3:03 CV 0698 (JBA)**
**Our File No.: 12863.0002**

Your Honor:

The undersigned represents the Plaintiff, XL Specialty Insurance Company, with respect to the above referenced litigation. We are in receipt of the Defendant's, Housing Authority for the City of Danbury's (the "Housing Authority"), Motion to Dismiss the Plaintiff's declaratory judgment action and opposing counsel's correspondence of October 16, 2003 (which was attached to the Motion to Dismiss as Exhibit B-5).

We understand that the Housing Authority is withdrawing its claim under the above referenced Performance Bond based upon the fact that the Housing Authority is unable to perform certain of its duties and obligations to the Plaintiff. Although the Plaintiff disagrees with the Housing Authority's contention that any claim can be pursued against the Performance Bond in the future, the Plaintiff has no objection to the Court granting the Housing Authority's Motion to Dismiss. Additionally, the Plaintiff has no objection to the Court setting aside the default entered against the Housing Authority for failing to file a timely response to the Complaint.

Thank you for your consideration of this matter.

Respectfully submitted,

Dennis C. Cavanaugh

DCC/pes
cc: All Counsel of Record
Clerk of the Court

One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103   860 522-6103   Fax 860 548-0006   www.halloran-sage.com
Hartford / Middletown / Westport / Washington, D.C.