UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| XL SPECIALTY INSURANCE CO | : | |
| vs. | : | CIVIL NO: 3:03CV698 JBA |
| CITY OF DANBURY HOUSING AUTHORITY | : | |

## JUDGMENT

This action came on for consideration before the Honorable Janet Bond Arterton, United States District Judge, on defendant's motion to dismiss.

The Court having considered all of the papers filed in conjunction with the motion, entered a Order on October 29, 2003, granting defendant's motion to dismiss. Plaintiff's motion for default is denied as moot.

It is hereby ORDERED and ADJUDGED that judgment is entered in favor of the defendant and the case is closed.

Dated at New Haven, Connecticut, this 3rd day of November, 2003.

KEVIN F. ROWE, CLERK

EOD_____

BY ___/s/_____
Betty J. Torday
Deputy Clerk