UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 14   1 33 PM '03

XL SPECIALTY INSURANCE COMPANY
COMPANY, INC.
    Plaintiff,

V.

HOUSING AUTHORITY FOR THE
CITY OF DANBURY
    Defendant.

CIVIL ACTION NO.
3:03 CV 0698 (JBA)
NEW HAVEN, CONN.

NOVEMBER 11, 2003

### JOINT MOTION TO REOPEN JUDGMENT

The parties hereby jointly move the Court to reopen the Judgement entered on November 3, 2003 so that a Joint Stipulation of Dismissal can be filed by the parties dismissing this action without prejudice and costs to either party.

THE PLAINTIFF,
XL SPECIALTY INSURANCE COMPANY

By /s/ Peter E. Strniste
Peter E. Strniste, Jr. (#ct20830)
HALLORAN & SAGE LLP
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

THE DEFENDANT,
HOUSING AUTHORITY FOR
THE CITY OF DANBURY

By /s/ Nathan C. Lampard
Nathan C. Lampard (#ct24977)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8200

484315_1.DOC

1