UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 19  2 14 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY COMPANY, INC.<br>Plaintiff, | : CIVIL ACTION NO.<br>: 3:03 CV 0698 (JBA)<br>: |
| V. | : |
| HOUSING AUTHORITY FOR THE CITY OF DANBURY<br>Defendant. | :<br>: NOVEMBER 18, 2003 |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) the undersigned do hereby stipulate that the above-referenced matter be dismissed without prejudice and without costs.

| THE PLAINTIFF,<br>XL SPECIALTY INSURANCE COMPANY | THE DEFENDANT,<br>HOUSING AUTHORITY FOR<br>THE CITY OF DANBURY |
|---|---|
| By /s/ Peter E. Strniste<br>Peter E. Strniste, Jr. (#ct20830)<br>HALLORAN & SAGE LLP<br>225 Asylum Street<br>Hartford, CT 06103<br>(860) 522-6103 | By /s/ Nathan C. Lampard<br>Nathan C. Lampard (#ct24977)<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>(860) 275-8200 |

484315_1.DOC

1