UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 14  1 33 PM '03

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY COMPANY, INC.<br>Plaintiff,<br><br>V.<br><br>HOUSING AUTHORITY FOR THE CITY OF DANBURY<br>Defendant. | CIVIL ACTION NO.<br>3:03 CV 0698 (JBA)<br>NEW HAVEN, CONN.<br><br><br><br><br>NOVEMBER 11, 2003 |

### JOINT MOTION TO REOPEN JUDGMENT

The parties hereby jointly move the Court to reopen the Judgement entered on November 3, 2003 so that a Joint Stipulation of Dismissal can be filed by the parties dismissing this action without prejudice and costs to either party.

| | |
|---|---|
| THE PLAINTIFF,<br>XL SPECIALTY INSURANCE COMPANY<br><br>By /s/ Peter E. Strniste<br>Peter E. Strniste, Jr. (#ct20830)<br>HALLORAN & SAGE LLP<br>225 Asylum Street<br>Hartford, CT 06103<br>(860) 522-6103 | THE DEFENDANT,<br>HOUSING AUTHORITY FOR THE CITY OF DANBURY<br><br>By /s/ Nathan C. Lampard<br>Nathan C. Lampard (#ct24977)<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>(860) 275-8200 |

484315_1.DOC

11/18/03: Motion GRANTED.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.

FILED
Nov 19  4 31 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

1