# ORIGINAL

14

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| XL SPECIALTY INSURANCE COMPANY COMPANY, INC.<br>Plaintiff, | : : : : | CIVIL ACTION NO.<br>3:03 CV 0698 (JBA) |
| V. | : : | |
| HOUSING AUTHORITY FOR THE CITY OF DANBURY<br>Defendant. | : : : : | NOVEMBER 18, 2003 |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) the undersigned do hereby stipulate that the above-referenced matter be dismissed without prejudice and without costs.

THE PLAINTIFF,
XL SPECIALTY INSURANCE COMPANY

By *[signature]*
Peter E. Strniste, Jr. (#ct20830)
HALLORAN & SAGE LLP
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

THE DEFENDANT,
HOUSING AUTHORITY FOR
THE CITY OF DANBURY

By *[signature]*
Nathan C. Lampard (#ct24977)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8200

484315_1.DOC

*[Handwritten annotation in left margin:]* SO ORDERED. The Clerk is directed to close this case.
Dated at New Haven, Connecticut.
11/18/03:
Janet Bond Arterton, U.S.D.J.

1